IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *et al.*, : <br> *ex rel.* CATHERINE A. BROWN and  : <br> BERNARD G. VEZEAU, : <br> : CIVIL ACTION <br> v. : <br> : NO. 05-6795 <br> PFIZER, INC. : | |

### O R D E R

**AND NOW**, this  29th  day of   February  , 2016, upon consideration of Defendant Pfizer Inc.'s Motion to Dismiss (ECF No. 42), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED** in part, and **DENIED** in part, consistent with the Memorandum filed herewith.  It is further **ORDERED** that if Relators wish to file an Amended Complaint, they must do so within fourteen (14) days of this Order.

   **IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**