IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *et al.*, : | |
| *ex rel.* CATHERINE A. BROWN and : | |
| BERNARD G. VEZEAU : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 05-6795 |
| PFIZER, INC. : | |

## **O R D E R**

**AND NOW**, this  11th   day of    April    , 2017, upon consideration of Defendant's Second Motion to Dismiss (ECF No. 103), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**