UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

July 14, 2017
CCO-104

No. 17-8029

United States of America, et al., Ex Rel
Catherine A. Brown, Estate of Bernard G. Vezeau,
Respondent

v.

Pfizer, Inc.,
Petitioner

(E.D. Pa. No. 2-05-cv-06795)

Present: SHWARTZ, RENDELL and FISHER, Circuit Judges

1. Petition for Permission to Appeal under 28 U.S.C. Section 1292(b) filed by Pfizer Inc.

2. Response filed by Catherine A. Brown and Estate of Bernard G. Vezeau in Opposition

3. Motion by Petitioner for leave to file reply

4. Reply by Petitioner.

Respectfully,
Clerk/TYW/clw

_____ORDER_____

The foregoing petition is denied. The motion for leave to file reply is denied as moot.

By the Court,

s/ D. Michael Fisher
Circuit Judge

Dated: July 26, 2017
tyw/cc: Eric L. Young, Esq.
Ethan H. Townsend, Esq.

A True Copy:

Marcia M. Waldron, Clerk